THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE PHILLIPS, Appellant, et al., Defendant.

Submitted December 6, 1943; decided January 20, 1944.

*George Phillips*, appellant, in person.

*Frank S. Hogan, District Attorney* (*Ferdinand J. Wolf, Stanley H. Fuld* and *Charles H. McHugh* of counsel), for respondent.

Judgment affirmed; no opinion.